**No. 60031.**—Royal Bead Novelty Co. Inc. *v.* United States, protests 283153–K and 283154–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of opaque white glass stones of different sizes and shapes, not faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiff was sustained.